ORIGINAL

EDWARD H. KUBO, JR.   #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section
Assistant U. S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Florence.Nakakuni@usdoj.gov

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 9 2004

at ___ o'clock and ___ min. __M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG. NO. 04-0426 LEK |
| Plaintiff, | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| BRIAN BURGESS, | ) | |
| Defendant. | ) | |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Complaint against Brian Burgess on the grounds that prosecution is declined at this time.

//
//
//
//
//

The defendant is in custody on the dismissed charge listed above.

DATED: Honolulu, Hawaii, 6·9·04

EDWARD H. KUBO, JR.
UNITED STATES ATTORNEY
District of Hawaii

By *(signature)*
FLORENCE T. NAKAKUNI
Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

*(signature)*
UNITED STATES MAGISTRATE JUDGE

DATED: 6/9/04

United States v. Brian Burgess
Mag. No. 04-0426 LEK
Order for Dismissal